# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RON A. SPRAGUE, as Executor of the Estate of CHESTER W. SPRAGUE | : : : : | CIVIL ACTION |
| v. | : : | NO. 08-1970 |
| S.N.A., INC. | : | |

## ORDER

AND NOW, this 17th day of May, 2011, upon consideration of defendant's petition for stay of the court order filed April 28, 2011 and discovery motion deadlines (paper no. 82), no response having been filed, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the stay is **DENIED**.

/s/ Norma L. Shapiro

J.